UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:07 CR 56 (SRU) |
| | : | |
| FARES KRAISAT, ET AL. | : | |

## **ORDER**

The indictment in the above-captioned case, returned on March 20, 2007, named six defendants and contained thirty-eight counts. Since then, approximately eighty-nine pleadings have been filed in this action.

By order of the court, the defendants in this case will be tried beginning on **January 7, 2008, with jury selection scheduled for January 4, 2008.**

The court finds that the above-captioned case is unusual and complex due to, among other things, the number of defendants, counts, and filed motions. In considering and balancing the factors set forth in 18 U.S.C. § 3161(h)(8)(B)(I) through (iv), the court finds that, pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice, including the defendants' interests in effective counsel and adequate trial preparation, and the court's interest in the orderly administration of justice, outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the period from the arraignment of each defendant through each of the trial dates is not an unreasonable delay and is excludable from the computation of time within which trial must commence under the Speedy Trial Act.

It is so ordered.

Dated at Bridgeport, Connecticut, this 26th day of September 2007.

                                                        /s/ Stefan R. Underhill
                                                        Stefan R. Underhill
                                                        United States District Judge