UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 3:07cr56 (SRU) |
| FARES KHRAISAT, ET AL. | |

## CONFERENCE MEMORANDUM

On September 26, 2007, I held a phone conference on the record with David A. Ring, representing the government, Robert M. Frost, Jr., representing Jonathan Kaplan, Ira B. Grudberg, representing Fares Khraisat, and John R. Gulash, Jr., representing Jumana Qutishat. The purpose of the conference was to discuss trial dates.

I had previously reserved two sets of dates for trial; one set in October and one set in January. The parties agreed to try the case on January dates – jury selection on the fourth with evidence to begin on the seventh.

In addition, I had previously entered an order pursuant to 18 U.S.C. § 3161(h)(8)(B), excluding the time between the defendants' arraignment to the October trial date from the computation of time with respect to the Speedy Trial Act. I will enter a similar order excluding the time between arraignment and the January trial date.

Dated at Bridgeport, Connecticut, this 27th day of September 2007.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge