UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 3:07CR56 (SRU) |
| | : | |
| FARES KHRAISAT | : | |

## ORDER

Upon consideration of the Government's Stipulated Motion to Permit Interlocutory Sale of Real Property, the Court hereby GRANTS the Government's motion.

SO ORDERED this 26th day of March, 2008 at Bridgeport, Connecticut.

         /s/ Stefan R. Underhill
         STEFAN R. UNDERHILL
         UNITED STATES DISTRICT JUDGE